**Order entered August 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00790-CR

**JEREMY WAYNE MILLS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-72093-U**

## ORDER

Because the reporter's record was past due, we ordered court reporter Sasha Brooks to file it by September 27, 2019. Before the Court is the August 28, 2019 request of deputy court reporter Yolanda Atkins, asking for sixty days to file the reporter's record. Because the reporter's record is currently due September 27, 2019, we **DENY** the request as premature.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; Sasha Brooks, official court reporter, 291st Judicial District Court; Yolanda Atkins, deputy court reporter, 291st Judicial District Court; and to counsel for all parties.

/s/    BILL PEDERSEN, III
        JUSTICE